UNITED STATES DISTRICT COURT OF APPEALS



RODNEY ALFRED BUSTILLO Sr
A-19-325-551
   PETITIONER.

     V.

Bruce Chadboure, Interim field
office Director for Detention
and Removal, Boston Field office,
Bureau of (ICE); The (ICE) and
Warden Andrea J. Cabral, Sheriff
Suffolk County 8-4
20 Bradston Street
Boston Mass 02118

CIV NO.

05-1 1414 JLT
Referred to mJ JG Dein
Petition For a Writ of Habeas
Corpus for Bond or Supervision

PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C.& 2241 and 8 U.S.C
1226 (c). For Bond or Supervision

Petitioner, Rodney A Bustillo Sr, Hereby Petitions this Court for a writ of Habeas
Corpus to remedy his unlawful Detention, To Enjoin his Continued unlaful detention by the
Respondents. In Support of this Petition and Complaint for Injunctive Relief, Petitioner
Alleges as follows:

PARTIES

1. Petitioner Rodney A Bustillo Sr was a Permanent Resident of the Unite States, and
a native Citizen of Hondures. Mr. Bustillo was Ordered deported on Oct 13, 2004 By the
(BIA) and was taken into IMMIgration Custody on March 30, 2004. He has been Detained by the
Bureau of Immigration and Customs Enforcement (ICE) for over (15Months).

2. Respendent Roberto Gonzales is the Attorney General of the United States And is
Responsible for the administration of ICE and Implementation and Enforcement of the Immigration
laws. As such, He id the ultimate legal custodiam of the Petitioner.

3. Respondent Bruce Chadbourne is the Interim field office,Director for Detention
and removal, Boston field office, Bureau of Immigration and Customs Enforcement, Department
of Homeland Security, as such he is the local ICE official who has Immediate Custody of
the Petitioner.

4. Respondent department of Homeland Security is the agency charged with Implementing
and enforcing the Immigration laws.

5. Respondent Kathleen M. Dennehy is Acting Commissioner,=Mass Department of Correction
Because Ice Contracts with state prisons such as Suffolk County Boston Mass, to House
Immigration Detainees suchaas Petitioner he has Immediate Custody of the Petitioner.

CUSTODY

6. Petitioner Is detained at the Suffalk County Boston Mass. ICE has Contracted
with the Suffolk County Detention to house Immigration Detainees such as Mr Bustillo.
Petitioner was previously Detained at the Wyatt Detention Facility Central Falls RI
which also Contracted with ICE to House Immigration Detainees, Petitioner is under the
direct Control of Respondents and their agents.

## JURISDICTION

7. This Action Arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8U.S.C & 1101 Et Seq., As Amended By The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub.L.No 104-208, 110 STAT. 1570, and the Administrative Procedure Act ("APA"), 5 U.S.C. & 701 ET Seq. This Court Court has Jurisdiction Under 28 U.S.C. & 2241, art, I & 9, cl,2 of the United States Constitution ("Suspension Clause"), and 28 U.S.C. & 1331, As the Petitioner Is Presently In Custody under color of the Authority of the United States, and such Custody is In Violation of the Constitution, Lawa, or treaties of the United States, See Zadvydas V. Davis, 533 U.S.678, 121 S. Ct. 2491 (2001).

## VENUE

8. Venue lies in the district of mass Because Rodney A Bustillo Sr is Currently Detained at Suffolk County. Venue in the District of Mass is also Proper because Petitioner is the Custody of Respondent Bruce Chadbourne, Interim Field office Director of this Disrict, which Encompasses Mass 28 U.S.C.& 1391.

## EXHAUSTION OF REMEDIES

9. Petitioner has Exhausted his Administrative remedies to the Extent required by law and his only remedy is by way of this Judicial action, after the Supreme Court Décision in Zadvydas, the Department of Justice Issued Requlations governing the Custody of Aliens ordered removed See 8C.F.R & 241.4 Petitioner was ordered deported on Oct 13, 2004 but is still fighting his case, at his 90 day Custody review on January 13, 2005 which he never received ICE Continue his Detention 6 Months on May 15, 2005 Bruc Chadbourne Office in Boston did Infact send Mr Bustillo a letter Stating that He entered the United States In January 13, 1996 with out Inspection and because Mr Bustillo has a stay of Deportation, awaiting the Decision from the lower State Court for a case in 1995 and will hold Bustillo in Detention ,NOTE hold him In Detention not because He is a Danger to the Country or to the Community or even a Flight Risk Just because they can.

10. No statutory Exhaustion Requirements Apply to Petitions Claim of unlawful Detention.

## STATEMENT OF FACTS

### A. BACKGROUND:

11. Petitioner, **Rodney A Bustillo Sr, was born in Honduras on March 23, 1964. I and my family came to the United States, In June 13, 1970 at the age of 5 years, I believe my family at that time came here for a better way of life for myself and my sister and brother's We all came as Permanent Resident and was that well I was that up to the time (INA)s Decision.**

I lived In Prov RI with my family over 36 years and before the detainer lived with my wife and childrenemy wifes name is Randie DeCosta U.S Citizen, Mother Lucila Bustillo, U.S Citizen, Father Esteven Bustillo U.S Citizen, Grand Mother Jane Gomez U.S Citizen Sister Syvonne Bustillo U.S Citizen, Brothers Jeffrey Bustillo and Criege Bustillo, U.S Citizen.                    (2)

My Children Nydia Bustillo 19 Years old U.S Citizen, Aaron DeCosta 17 Years old
U.S Citizen, Tayler DeLves 16 Years old U.S Citizen, Rodney A Bustillo Jr 12 Years old
U.S CITIZEN, Raeanne Bustillo 6 Years olds U.S Citizen, all that need there father.

I had a passport from my Country when I came to the United States, I have never
lived In any other Country other then Panama when I was in the U.S.Army and that was
only for about 3 years the only other place was Honduras the first 4 years of my life.

12. On January 12, 1995, I Rodney A Bustillo was Convicted of Plead out (Nolo Conten)
to Delivering a Substance In the State of RI and Sentenced to 5 Years Suspended and 3Month
one day Served, ICE charged Mr Bustillo with being deportable and whent in front of the
(IJ) for Bond on April 12,2004 (IJ) gave Mr Bustillo (Personal Recon) Da appeal the (IJ)
Decision saying that the (IJ) could only give Bond $1500.00 or more But Bustillo's
Lawyer at the time of appeal did not send in the Counter Brief on Mr Bustillo behalf
there for (BIA) made a Decision Solely on the (DA)facts and this was with out Bustillo's
knowledge. Mr Bustillo was not ordered removed by (IJ) the (IJ) Granted Mr Bustillo
(212c) waiver but again (DA) appeal the waiver and again Mr Bustillo's Lawyer Did not
put in a Deffence on behalf of Mr Bustillo, It's like his Lawyer wonted Bustillo to
lose His case, every time she seen him it was about money and job was not being done.

13. Bustillo should of been able to Receive the Bond he at the time was Eligible
and still should be Eligible, because Bustillo's 1996 and 1999 simple domestic was
under one year sentence and Misdemeanor in RI and was way before the law change, (DHS)
stated that Mr Bustillo was and is not rehabilitated were infact Mr Bustill Sense 1995
has taken AA-NA & Domestic Classes Voluntary before being detain and was still in the
classes at the time of detention.

While Mr Bustillo has been detain he has kept up with his rehabilitation efforts
within the system and also Sense 1995 Mr Bustillo has been Coaching Youth sports In
his Community for children ages 6-16 Football, BaseBall, Basketball and Mentoring
high school children though a program aththe Met high School In Pro RI Through His
Company Bustillo Concrete. Sense 1995 Mr Bustillo Has open his owne company Base in
Prov RI Doing State-City and Goverment Contracts with 16 Employees each Year.

At this time Bustillo has a case pending at the lower Court 1995 case has been
Reopen and that gives (DHS) no grounds for holding him any longer till the case is
settled and Bustillo has APPEAL the (BIA) Decision to the (First Cir Courts Of Appeal)
with a new Lawyer on or about March 15,2005.

Mr Bustillo is asking the Court If they can Respectfully look into the case and
grant him Bond or Supervised Release untill Matters are resolved.

14. Though under Zadvydas, Bustills has the Right to be free from Indefinite
Detention Regardless of whether ICE considers him a Danger to Community or a flight
risk Bustillo Contests ICE'S Dtermination of Dangerousness and flight risk.

15. I am not a Danger nor am I a flight Risk I have been In this Country over
36 years were am I going to go and I am fighting my case.

Yes me and my wife have had problems in the past but after 15 years with each other we are still together and have work everything out and all this was in my long past.

16. I have taken anger manigment class AA-Na class and a Interpersonal class gettint to know about myself first andthe rest come after,=I am truely sarry for what I did if I hart anyone or did wrong to anyone in any way I can see now things that I could not see in the past, I can say I have realise how much I had and the good family that I hope still have and need to get back to, most of all my children my boys are getting big and they need their father for guidence so they Bon,t make the costly mistakes in life that I have made.

17. If I were to be Released I would go back and take care of my family wife and children like I did in the past but with more love and understanding, Start my Busiñess back up Bustillo Concrete Company and try to go back to my Community and do what I was doing helping children but now, I have the diffrent out look about life and show them the way that was never shown to me and that is Respect others and yourself and most of all love family and understanding your self.

18. I will be living in RI with my wife and kids 186 Linwood ave Prov RI 02907 were will I go to charch on Sundays like before but take it all in like it was when I was a kid.

19. I have done everything that (ICE) has ask of me, the only thing I have done wrong in there eyes (INS) is that i'm still fighting my case.

20. I feel that I should be home with my children like every one else that has a family. Mr Bustillo was in the Army Infentry and finish his time for this Country and that seems to mean nothing Mr Bustillo also put in for Citizen back in 1986 and still waiting we have peolpe that have not even done 1% of what Bustillo has done for the Country and they can get Bond I don't understand.

### LEGAL FRAME WORK FOR RELIEF SOUGHT

21    21. See Zadvydas V Davis, 533 U.S.678, 150L.Ed. 2D 653, 121 s, CT, 2491 (2001), The Courts of Appeal Concluded that the (INS) had not provided a Justification of no-bail civil detention sufficient to over come a lawful Permanent Resident Alien's liberty Interest." 276 F.3d a 535,

222 Bond was available to Bustillo and he relied on the knowledge of his lawer to retrieve what ever was do to him and because of his lawyers Negligence Mr Bustillo still sits in Detention, See (Kim V Zinglar)276 F.3d 523 (2002) Court held that & 1226 (c) Violates substantive Due process and Applied to Respondent beCause he is a Permanent Resident Alien.

23. Because of the Negligence of Bustillo's lawyer and untimely reports Bustillo would like to use See Esogbue V Ashcroff, 357 f.3d 352 (5 Cir 2004) The Courts of Appeal gave Bond while case still pending in criminal Court, using Error- Coram-Nobis Affect of past Conviction.

24. These are cases that apply to Bustillo Patei V Zemski 275 F.3d 299 (2001) came to conclusion with three other Courts of appeal given Bond to Lawful permanent

## CLAIMS FOR RELIEF

### COUNT ONE

#### STATUTORY VIOLATION

**25**5 Petitioner re-alleges and incorporates by reference paragraphs 1 through 24 above..

26 Petitioner's continued detention By Respondents violates INA & 24 (a)(6), as interpreted in <u>Zadvydas</u>. Petitioner's six-month presumptively reasonable period for continued removal efforts pass 14 months ago. For the redsons outlined above in paragraphs 1 to 24, Petitioner's removal to hundores is not reasonably foreseeable. The Supreme Court held in Zadvydas that the continued detention of someone after six moths where deportiong is not reasonably foreseeable is unreasonable and in violation of INA & 241.

### COUNT TWO

#### SUBSTANTIVE DUE PROUCESS VIOLATION

27. Petitioner re-alleges and incorporates by reference paragraphs 1 through 26 above.

28. Petitioner's continued detention violates his right to substantive due process by depriving him of his core liberty interest to be free from bodily restraint. The Due Process clause requires that the deprivation of petitioner's liberty be narrowly tailored to serve a compelling goverment interest. While the respondents would have a compelling government interest in detaining petitioner in order to effect his deportation that interest does not exist if Bustillo cannot be deported. The Supreme Court in Zadvydas thus interpreted INA & 241 to allow continued detention only for a period reasonably necessary to secure the alien's removal because other reading would go beyond the goverament's articulated interest--to effect the alien's removal.

### COUNT THREE

#### PROCEDURAL DUE PROCESS VIOLATION

29. Petitioner re-alleges and incorporates by reference paragraphs 1 through 28 above.

30. Under the Due Process Clause of the United States Constitution, an alien is entitled to a timely and meaningful opportunity to demonstrate thathe should not be detained. The Petitioner in this case has been denied that opportunity as there is no administrative mechanism in place for the Petitioner to demand a decision, ensure that a decision will ever be made, or appeal a custody decision that violates <u>Zadvydas</u>.

### PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

10 Assume jurisdiction over this matter;

2) Grant Petitioner a writ Habes Corpus direeting the Respondents to immediately release the Petitioner from custody;

3) Order Respondents to refrain from transferring the Petitioner out of the jurisdiction of ICE BOSTON DISTRICT DIRECTOR during the pendency of these proceedings and while

Alien'a liberty interest. Welch V. Ashcroft, 293 F.3d 213 (2002) these are Cases that people received Bond and had less Credibility then Bustillo in the Country, we have were the seven circuit rejected a Constitutional challenge by Alien but Parra v. Perryman 172 F.3d 954 (1999) resolve the conflict.

We also have the fact that Bustillo sereved in the USArmy right out of high school 1982 till 1985 Infentry and file to become a Citizen, put Application in on or about Feb 1986 and he MaybenadCitizen of the United States or a National See Morin V. U.S State (4 Cir) Court Reasoned Application for Citiznship is the must compelling evidence of perm Allegiance to the United States Short of Citiznship itself.

Bustillo would like to also add that (DHS) and (BIA) Errored Stating that (212)c was not available to Mr Bustillo Because of 1996 and1999 Simple Domestic that was infact a Misdemeanor in RI and INS Sentence less then one Year, the (IJ) Mooted each case back in May 2004 But even with Proof from Bustillo and the State of RI showing that it was a Misdemeanor (DHS) still used these charges against Mr Bustillo saying that they were felonys with out any Proof on there Part.

Bustillo's one and only felony was in 1995 and he Plead out to it Nolo Con before the (AEDPA) came into affect way before April 1996 and he should be Eligiable for Bond and for (212)C Waiver Ins V. St. Cyr (2001) and we also have Wallace V. Reno, 194 F.ed 279 (1 Cir 1999) and Carlos Lemos like Mr Bustillo he came to the Country in 1974 & Bustillo came in 1970, Lemos crime was June 1995 Plead Guilty, Bustillo Plead (NOLO) Feb 1995 each of them plead to a charge of controlled Substance, The Court Ignored IIRIRA "Transitional Rules becouse case Commenced before April 1, 1997 but unlike Lemos Bustillo was not ordered Deported by (IJ) infact (IJ) Granted Bustillo the (212)c Waiver Bustillo Crime was before (AEHPA) and plead out 1995 and we have Goncalvas V. Reno 144F.3d 110 Review was Granted again to him by the Courts.

Bustillo has mor Credibility then all three of these people put together and should at leas be given a second chance in life. every won got a chance with less time then Bustillo in the Country and less involment in the Community  and in life itself and for every thing stated Bustillo Respectfully request this Court to Enter an order of him being Released till case is resolved. one more to add Lee V. Ashcroft 2 (2 Cir 2001)

the Petitioner remains in Respondent's custody; and

4) Grant any other and further relief which this Court deems just and proper.

I affirm, under penalty of perjury, that the foregoing is true and correct. Respectfully submitted this June 12, 2005.

_____ Signature

Rodney A Bustillo Pro Se

Suffolk County 8-4
20 Bradston st
Boston Mass 02118

## CERTIFICATE OF SERVICE

I, Rodney A Bustillo, Certify that a true copy of the above document (Petition for Writ of Habeas Corpus) together with attached documents, was served on Jusne 12, 2005, upon the following:

Frank Crowely
Bpecial Assistant U.S. Attorney
Department of Homeland Security
PO Box 8728
JFK Station
Boston, Ma 02114

By placing a copy of the above in the mail system at the facility where I am detained.



DEPARTMENT OF VETERANS AFFAIRS
Regional Office
380 Westminster Street
Providence RI 02903

December 11, 2002

FILED
. . . S OFFICE

. . . . 28  P 12: 58

. . . DISTRICT COURT
DISTRICT OF MASS

In Reply Refer To:  304/2127

RODNEY A. BUSTILLO
57 SUMTER STREET
PROVIDENCE RI  02907

Dear Mr. Bustillo:

The records of the Department of Veterans Affairs (VA) show that you served in the Armed
Forces of the United States as follows:

ENTERED ON ACTIVE DUTY:              09-14-1982

RELEASED FROM ACTIVE DUTY:           12-21-1985

BRANCH OF SERVICE:                   ARMY

CHARACTER OF DISCHARGE (As Certified to VA by military branch of service or shown on
official military documents):                        UNDER HONORABLE CONDITIONS

SERVICE SERIAL NO:                   -----------

RANK:                                E-4

DATE OF BIRTH:                       03-23-1964

Sincerely yours,

B. G. DONNELLY
Veterans Service Center Manager

2127/345  BGD:jc

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for th use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Rodney H Bustillo
A 19-325-551

**DEFENDANTS** Bruce Chadbourne, office Director (Interim Field)
DHS/BICE, et. al.

**(b)** County of Residence of First Listed Plaintiff SUFFolk County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Pro Se

Attorneys (If Known)

05 - 1 1 / 1 JLT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plain
(For Diversity Cases Only) and One Box for Defendant:

|  | DEF |  | DEF |
|---|---|---|---|
| Citizen of This State | ☐ 1  ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4  ☐ 4 |
| Citizen of Another State | ☐ 2  ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5  ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3  ☐ 3 | Foreign Nation | ☐ 6  ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates etc |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Determination Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☒ 530 General | | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. 1226 (c) / Petitioner is detained

Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 (by Bureau of Immigration + So it i) Customs Enforcement)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____    AMOUNT_____

Form 2.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)_____

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See

    local rule 40.1(a)(1)).

    ☐    I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐    II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ☐    III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    ☒    IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,    **05 - 1 1 4 1 4 JLT**
               690, 810, 861-865, 870, 871, 875, 900.

    ☐    V.     150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in
    this district please indicate the title and number of the first filed case in this court.

    STAY of DeporTaTioN  while  case Pending  aT STATe court

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                    YES ☐        NO ☐

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See
    28 USC §2403)

                                                                    YES ☐        NO ☐

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                    YES ☐        NO ☐

..  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                    YES ☐        NO ☒

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule
    40.1(d)).

                                                                    YES ☒        NO ☐

        A.     If yes, in which division do all of the non-governmental parties reside?

               Eastern Division ☒           Central Division ☐          Western Division ☐

        B.     If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
               agencies,  residing in Massachusetts reside?

               Eastern Division ☐           Central Division ☐          Western Division ☐

    If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If
    yes, submit a separate sheet identifying the motions)

                                                                    YES ☐        NO ☐

ASE TYPE OR PRINT)

RNEY'S NAME _____

ESS _____

HONE NO. _____