CA 05-11414 JLT

I am writing this letter trying first to let the court know that there has been a change of address and that I have sent a change of address to the District Counsel
(DHS) JFK Building
15 New Sudbury Street
Boston MA 02203

My new address is: Rodney A Bustillo sr  A-19-325-551
Bristol County Sheriff office
400 Faunce Corner Road
North Dartmouth MA 02747
Unit GC  Cell #5

Also I would respectfully ask the court to please give me a up date on my case just to let me know were I my stand at this point.

Thank you

Rodney Bustillo