CA 05-11414 JLT

I am writing this letter hoping that the [court?] has [received?] that there has been a change of address and that I have sent a change of address to the District Court

(one) JFK Building
15 New Sudbury Street
Boston MA 02203

My new address is: [Rodney Bidwell?] [illegible]
Bristol County [Health?] office
[illegible]
North Dartmouth MA 02747
Unit GC cell #5

Also I would respectfully ask the court to please give me up date on my case [illegible] let me know where I stand at this point.

Thank you
[Signature]