```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

RODNEY ALFRED BUSTILLO, JR.,
           Petitioner,
                                        CIVIL ACTION
     v.
                                    NO.   05-11414-JLT
BRUCE CHADBOURNE, ET AL.,
           Respondents.

## MEMORANDUM AND ORDER

Tauro, D.J.

   For the reasons stated below, the Petitioner is directed to either pay the $5.00 filing fee for § 2241 habeas petitions, or file a completed Application to Proceed *in forma pauperis,* accompanied by a certified prison account statement. By separate Order, this Court will direct the petition be served and that Respondents file a response to the petition.

## FACTS

   On June 28, 2005, Petitioner, Rodney Bustillo, Jr., an immigration detainee at Suffolk County House of Corrections, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking immediate release from detention. Petitioner did not pay the filing fee nor did he file an Application to waive the fee.

## ANALYSIS

   I. The Filing Fee

    A party filing a §2241 habeas corpus petition must either (1) pay the $5.00 filing fee for habeas corpus actions, or (2) file an Application to Proceed without prepayment of fees. See 28 U.S.C. § 1914(a)(filing fees); § 1915(proceedings *in forma*

*pauperis*). An Application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. See Rule 3(a) of the Rules Governing Section 2254 cases (if a petitioner desires to prosecute a petition *in forma pauperis*, he shall file the affidavit required by § 1915 and a certified statement of the amount of funds in petitioner's institutional account); 28 U.S.C. § 1915(a)(2). Because Petitioner has not submitted the filing fee nor filed an application to waive the fee, he will be given an opportunity to do so.

Accordingly, it is hereby ORDERED that Petitioner Bustillo shall, within forty-two (42) days of the date of this Memorandum and Order, either pay the $5.00 filing fee, or submit an application to proceed without prepayment of fees, accompanied by his account statement showing the amount of funds in his account. The Petitioner is advised that failure to comply with this Order could result in dismissal of this petition.

   II.   Service Order

Notwithstanding the unresolved filing fee issues, the Court will direct, by separate Order, that the petition be served on the Respondents, and a response shall be filed.

CONCLUSION

Accordingly, for the reasons set forth above, it is hereby

ORDERED:

1. Petitioner Bustillo shall, within forty-two (42) days of the date of this Memorandum and Order, either pay the $5.00 filing fee, or file a completed Application to Proceed *in forma pauperis,* accompanied by a certified prison account statement; and

2. By separate Order, this Court will direct the petition be served and that Respondents file a response to the petition.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2005