UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY ALFRED BUSTILLO, JR.,
        Petitioner,

v.

BRUCE CHADBOURNE, ET AL.,
        Respondents.

CIVIL ACTION

NO.  05-11414-JLT

O R D E R

TAURO, D. J.

On June 28, 2005, Petitioner Rodney Alfred Bustillo, Jr., an immigration detainee confined at Suffolk County House of Correction, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Andrea J. Cabral, Sheriff, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail;  AND

(2) The Respondent shall file an answer or other responsive pleading within 28 days of receipt of the petition.

SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        JOSEPH L. TAURO
                                        UNITED STATES DISTRICT JUDGE

Dated: July 25, 2005