UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RODNEY ALFRED BUSTILLO SR.,       )
                                  )
              Petitioner          )
                                  )      Civil Action No.
         v.                       )      05cv11414-JLT
                                  )
BRUCE CHADBOURNE, FIELD           )
OFFICE DIRECTOR, IMMIGRATION      )
& CUSTOMS ENFORCEMENT,            )
DEPARTMENT OF HOMELAND SECURITY   )
                                  )
              Respondent[1]       )
```

MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(1) and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

Respondent also files herewith its Return and Memorandum of Law in Support of Motion to Dismiss.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                  By:   s/Frank Crowley
                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
                        (617) 565-2415
```

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon pro se petitioner by mail on August 9, 2005.

```
                        s/Frank Crowley
                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
```

---

United States in a suit pending in a court of the United States").