UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RODNEY ALFRED BUSTILLO, SR.**
       Petitioner

v.

**BRUCE CHADBOURNE, Field Office Director**
       Respondent

CIVIL ACTION
NO.  05-11414-JLT

**O R D E R**

On August 9, 2005, the Respondent filed a Motion to Dismiss the above Petition for Writ of Habeas Corpus. The Petitioner's response, if any, is to be filed with the Clerk of this Court on or before September 12, 2005.

**August 12, 2005**
Date

/ s / Jolyne D'Ambrosio
Deputy Clerk