UNITED STATES DISTRIC COURT FOR THE DISTRICT
OF MASSACHUSETTS

RODNEY A BUSTILLO Sr )
    Petitioner )
    v. )
Brue chadbourne, field )
office director, ICE )
Department of Homeland )
security Respondent )
Thomas M. Hodgson Sheriff )
Bristol County Jail and house )
of Correction N Dartmouth Mass )

CIVIL ACTION NO
05cv11414-JLT

SUPPLEMENTAL BRIEFING IN SUPPORT OF PETITIONER's
RESPONSE TO MOTION TO DISMISS

    Now Pending before this court is Petition of Rodney A Bustillo Sr, for Writ of Habeas Corpus challenging Pursuant to 28U.S.C & 2241. The Lawfulness of his Detention by the Department of home land security (ICE) within the Boston district. In respect to the court Bustillo ask if he may enter these case laws in respect to his defense for his freedom from detention inorder to be reunited with his family, after 18 months of detention.

STANDARD OF REVIEW

    In addressing an alien's Habeas Petition filed pursuant to 28U.S.C$2241. District courts may consider both Statutory (101 f . Supp.2d 349) and Constitutional questions when presented. See Brown V. INS, 194 F.3d 483, 490 (4 Cir. 1999), But,"only Questions of pure law will be Considered on & 2241 Habeas review, review of fectual or discretionary Issues is prohibited. "ID.

Back Ground

    The facts in this case are undisputed Bustillo, Rodney Sr is a native of (Hondures). on Sept 13, 1970, at the age of five he enterd the United States and has been a permanent resident of the U.S.A since that time he served in the U.S.Army Active duty from 1982 - 1985 and was honorably discharged. His parents and his sib lings, and his wife plues five children are United States Citizen

    Bustillo has owend his owen Business since 1997 doing State and federal contract for the state of RI and Mass with 16 emploee and also volunteers his time to his community as a coach for chil dren age 6-16 Baseball, Football, Basketball, year around.

On 1995 Bustillo was charge with (1) delivering cacaine and plead Nolo on the charge in RI Superior Court and was sentenced to five years suspended with 6 monts to serve but only did 3month because of good time. After serving his time Bustillo was release and (INS) also released him on personal recon and started proceeding on Deportation upon him on or about April 1995, Ten years and Bustillo was stillon personal then on or about Dec 5, 2003 Bustillo in front of (INS) IJ in Boston (JFK) was told to return on Dec 1, 2004 for the 212 (c) hearing and was not detained by (ICE) at that time for what reason still Bustillo does not know why (ICE) came to detain Bustill on March 30, 2004 three months after (IJ) had just seen him and let him go on personal on April 2004 the (IJ) again ordered Bustillo release but at that time (ICE) ask for more time the (IJ) still ordered Bustillo release on personal and (DA) for Ice appealed the (IJ) decision Bustillo has been held in detention ever sence bustillo had a 1996 and 1999 Domestic charges each misdemeanor in RI under one year not deportable and definitely not for mandatory detention in any law of (INS) or (DHS) but yet Bustillo sit's in detention, not a flight risk and not a danger to community, (DHS,ICE,BIA) have and continue to abuse the law and there power because of:

   A- Bustillo Conviction was before the 1996 (AEDPA) prior to April 24, 1996, the attorney General had discretion to release an alien who was convicted of a felony but did not serve at least five years for that offense.

   B- Bustillo's Convictions clearly were before the Oct 9,1998 mandatory detention law.

   C- The (BIA) clearly Errod by denying Bustillo release even after the (IJ) had given him persnal and there are no crime over one year after 1996.

   D- Bustillo was granted (212)c. waiver by (IJ) on or about April 2004 and (DHS) appealed the (IJ) decison to the (BIA) base on the 1996 and 1999 conviction which had been reduce under one year and (BIA) di not take any of the facts into consideration, At this time Bustillo is in the (First Cir court) fight the 212(c issue and was granted a stay because of Merits in his case.

   E- There is no proof that can be show that Bustillo will be Deported in the near future or deported at all infact Bustillo

1995 conviction is on appeal in RI Court at this time so for this reason and many others we come to this asking for his release that is way over do and should be Justified.

ANALYSIS

1. The Applicable Law:
See (101 F. Supp. 2d 351) of Statutes, Brown, 194 f.3d at 488, A District Court may review both Statutory and Constitutional questions under a Habeas petition.
II. Exhaustion of adminstrative remedies; here Bustillo Sr is not Challenging the order of removal but, instead, challenges his cotinued detention. Therefore, the Statute does not mandate administrative review. See Phan V. Reno, 56F. Supp. 2d 1149, 1153.(W.D.1999). III. Bustillo's relies on the effective date of section 236(c) only applies to individuals released after Oct 10, 1998. See Galvez, 56 F.Supp.2d at 640. Bustillo Claims since he was released from criminal incarceration in 1995, section 236(c) is inapplicable argues bond should be required for his detention.
A. The fourth Circuit's recent decision in Hawkins V Freeman, 195 F.3d 732 (4 Cir 1999) guides this court's Analysis of Bustillo's Due process, the 4 Cir made a distinction beteen challenges to Execuve Decisions and challenges to Legislative Decisions. Id. At 738-39. "In Executive act cases, the issue of fatal arbitrariness should be addressed as a threshold question, whether the challenged conduct was so egregious, so outrageous, that it may fairly be said to shock the contemporary conscience. Id. at 738-( quoting County of Sacramento V. Lewis, 523 U.S.833, 118 S. ct. 1708, 1717 N,8,140 L ed.2d 1043 (1998).
B. Bustillo's interest is that of an individual, detained pending Judicial proceedings. The Supreme Court has held that Such a interst is fundamentsl. See United States V. Salerno, 481 U.S.739,10 7 S, ct 2095,2102-03,95 L.ed697.
C. Bustillo dose not challenge ability to detain or deportion based on criminal history, See Danh, 59 F, Supp. 2d at 999. Chamblin V.INS, 1999 U.S.DIST. LEXIS 8533, 1999 WL 803970, at *7 (D.N.H. June 8, 19999) rather, challenge the Implementation of that decision and conqress ability to indefinitely detain them, without any possibility of release on bond, pending proceedings

See Ngo V. INS, 192 F.3d 390,398 (3 cir 1999) In Immigration context, indefinite Detention without ongoing review of alien's Danger to the community or flight risk violates due process.
See Ngo 192 f.3d at 398 ("the fact that same aliens posed a risk of flight in the past does not mean they will forever fall into that category. Similarly, presenting danger to community at one point by committing crimes does not place them forever beyond redemption). See United States V. Salerno, 481 U.S.739,95L Ed 2d 697,107S. CT.2095 (1987), the District court granted Habeas Petition. to Welch's,101 F. Supp.2d at 356. relying on Salerno (INS) violated Welch's substantive due process rights.
See Reno V Flores, 507 U.S.292, 306, 123L Ed 2d1,113 S. Ct. 1439 (1993) the fifth Amendment entitles aliens to due process of law in deportation proceedings.

Conclusion of case:
Bustillo ask this court with all respect that is deem, he ask that this court look at and take into consideration supporting cases: See Salerno - Reno V Flores - Zadvydas V Davis - 533 U.S.6 78,121S.Ct Say freedom from imprisonment From government custody detention, lies at the heart of the liberty fifth amendment.
See Alo Foucha V Louisiana - See Welch V Ashcroft 293 F.3d213
See INS v. St. Cyr 533 U.S. 289 - United State V Salerno Et al. 481 U.S.739 Supreme Court case.

    For all of the above and for all Doucments that has been presented to the court by Bustillo he ask for fear and carefull Judgment for Justice is Due for him and his Family for that I Thank the Court for it's time.

                                      Presented by
                                      Rodney A Bustillo Sr
                                      PRO - SE
                                      Bristol House of Correction N. Dartmouth Mass

