This is to let the U.S. District Court (Clerk) that I have been sent to a new address:   Name Rodney A Bustillo
Wyatt Detention     A-0193255571
950 High Street
Central Falls RI
         02863

My old address was
Bristol County
400 Faunce Corner RD
North Dartmouth MA 02747

I would also like to get some kind of information on my case the status on my case please.

*Rodney A Bustillo* (signature)

P.S
There has been a copy of the change of address sent to (DHS)
John F. Kennedy Building
15 New Sudbury Street
Boston MA 02203
on Oct 5, 2005