UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Rodney Alfred Bustillo, Sr.**
    **Petitioner**

    **V.**

**Bruce Chadbourne**
    **Respondent**

CIVIL ACTION

NO. 05cv11414 JLT

## JUDGMENT

**Tauro, D. J.**

In accordance with the Court's Endorsement dated **December 28, 2005** adopting the Magistrate Judge's Report and Recommendation of **November 15, 2005**, to Grant (#6) Motion to Dismiss, it is hereby ORDERED:

Judgment for the **Respondents**.

By the Court,

**January 3, 2006**
    **Date**

**/s/ Kimberly M. Abaid**
    **Deputy Clerk**

(R&R Judgment.wpd - 12/98)